413 A.2d 1138

Commonwealth v. Strothers, Appellant.

Submitted October 26, 1978. Lester G. Nauhaus, Assistant Public Defender for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

413 A.2d 1128

Commonwealth v. Tyler, Appellant.

Submitted October 26, 1978. Paulette Balogh, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

Judgment of sentence of the lower court is hereby affirmed.